Dismissed and Memorandum Opinion filed May 6, 2010.

 

In The

 

Fourteenth Court of
Appeals

___________________

 

NO. 14-10-00183-CR

___________________

 

DANIEL HERBERT ROBERTS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee



 



 

On
Appeal from the 177th District court

Harris County,
Texas



Trial Court Cause No. 1221978

 



 

 

MEMORANDUM OPINION

Appellant entered a guilty plea to robbery.  In
accordance with the terms of a plea bargain agreement with the State, the trial
court sentenced appellant on February 16, 2010, to confinement for nine years
in the Institutional Division of the Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  We dismiss the appeal. 

The trial court entered a certification of the defendant’s right to
appeal in which the court certified that this is a plea bargain case, and the
defendant has no right of appeal.  See Tex.
R. App. P. 25.2(a)(2).  The trial
court’s certification is included in the record on appeal.  See Tex. R. App. P. 25.2(d).  The record supports the trial court’s
certification.  See Dears v. State, 154 S.W.3d 610, 615 (Tex. Crim. App.
2005).

Accordingly, we dismiss the appeal.  

 

                                                            PER CURIAM

 

 

 

Panel consists of Justices
Brown, Sullivan, and Christopher.

Do not publish - Tex. R. App. P. 47.2(b).